UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-23218-CIV-JAL

| | |
|---|---|
| ERNESTO PONCE DE LEON and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| RENT MAX MIAMI, INC., NANCY C VALCARCE, ARI P WEINGRAD, | ) ) ) ) ) |
| Defendants. _____ | ) ) ) |

## PLAINTIFF'S STATEMENT OF CLAIM

Now come(s) the Plaintiff through the undersigned and files the above-described Statement of Claim as follows:

**Half-time Overtime Claim (2/3/15-8/27/15):**
Amount of half time per hour not compensated: $4.25
Weeks: 29
Overtime hours per week: 32
Total wages unpaid and liquidated damages: $3,944 X 2 = $7,888

*Plaintiff seeks all fees and costs under the FLSA.
**Plaintiff reserves the right to seek time and one-half damages for any completely unpaid overtime hours, should the facts adduced in discovery justify same.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.
J.H. ZIDELL, P.A.
ATTORNEY FOR PLAINTIFF
300 71ST STREET, #605
MIAMI BEACH, FLA. 33141
PH: 305-865-6766
FAX: 305-865-7167
EMAIL: DAVID.KELLY38@ROCKETMAIL.COM
F.B.N. 0123870
BY:__/s/_____K. David Kelly_____
K. DAVID KELLY, ESQ.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 8/28/15 TO:**

**ALL CM/ECF RECIPIENTS**

BY:__/s/____K. David Kelly_____
K. DAVID KELLY, ESQ.